No. 05–8277. VILLAVICENCIO *v.* WYNDER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS. C. A. 3d Cir.

Certiorari denied. JUSTICE ALITO took no part in the consideration or decision of this petition.